**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Markitta Burgess-Montgomery        CHAPTER 13
                Debtor(s)

BKY. NO. 25-10351 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
21 Feb 2025, 15:28:55, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322