UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Markitta Burgess-Montgomery<br><br>    Debtor | Chapter 13<br>Bankruptcy No.25-10351-AMC |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 7th day of May, 2025, by first class mail upon those listed below:

Markitta Burgess-Montgomery
6537 North Smedley Street
Philadelphia, PA  19126-3501

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQUIRE
7614 ALGON AVENUE
PHILADELPHIA, PA  19111-3320

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee