Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 25-10351-AMC**

Markitta Burgess-Montgomery  
6537 North Smedley Street  
Philadelphia  PA    19126-3501

Petition Filed Date: 01/28/2025  
341 Hearing Date: 02/28/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/27/2025 | $740.00 | | 03/27/2025 | $740.00 | | 04/28/2025 | $740.00 | |
| 06/02/2025 | $740.00 | | 06/27/2025 | $740.00 | | 07/29/2025 | $740.00 | |

**Total Receipts for the Period: $4,440.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,180.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD  »» 001 | Secured Creditors | $27,474.63 | $0.00 | $0.00 |
| 2 | RESURGENT RECEIVABLES LLC  »» 002 | Unsecured Creditors | $4,079.74 | $0.00 | $0.00 |
| 3 | ALLY FINANCIAL INC aka ALLY BANK  »» 03S | Secured Creditors | $5,276.78 | $0.00 | $0.00 |
| 4 | ALLY FINANCIAL INC aka ALLY BANK  »» 03U | Unsecured Creditors | $567.79 | $0.00 | $0.00 |
| 5 | ALLY FINANCIAL INC aka ALLY BANK  »» 004 | Unsecured Creditors | $10,922.70 | $0.00 | $0.00 |
| 6 | US DEPARTMENT OF EDUCATION  »» 005 | Unsecured Creditors | $70,829.46 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC  »» 006 | Unsecured Creditors | $3,586.39 | $0.00 | $0.00 |
| 8 | MIDFIRST BANK  »» 007 | Mortgage Arrears | $30.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC  »» 008 | Unsecured Creditors | $4,622.29 | $0.00 | $0.00 |
| 10 | CITIBANK NA  »» 009 | Unsecured Creditors | $2,235.38 | $0.00 | $0.00 |
| 11 | CITIBANK NA  »» 010 | Unsecured Creditors | $3,658.05 | $0.00 | $0.00 |
| 12 | UPGRADE INC  »» 011 | Unsecured Creditors | $13,830.90 | $0.00 | $0.00 |
| 13 | TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY  »» 012 | Unsecured Creditors | $220.34 | $0.00 | $0.00 |
| 14 | NAVY FEDERAL CREDIT UNION  »» 013 | Unsecured Creditors | $3,488.98 | $0.00 | $0.00 |
| 15 | NAVY FEDERAL CREDIT UNION  »» 014 | Unsecured Creditors | $17,763.24 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | PHILADELPHIA GAS WORKS<br>»» 015 | Unsecured Creditors | $593.63 | $0.00 | $0.00 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $524.47 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,180.00 | Current Monthly Payment: | $740.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $336.70 | Total Plan Base: | $31,080.00 |
| Funds on Hand: | $4,843.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.