IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Markitta Burgess-Montgomery | ) | Chapter 13 |
| Debtor(s) | ) | 25-10351-amc |
| | ) | |
| | ) | |

CERTIFICATION OF NO RESPONSE TO
MOTION TO APPROVE PARTIAL LOAN MODIFICATION

I hereby certify that I have received no Answer, Objection or other responsive pleading to the Motion to Approve Partial Loan Modification and respectfully request that the Order attached to the Motion be approved.

Dated:   October 20, 2025        /s/ David M. Offen
David M. Offen, Esquire
Attorney for Debtor(s)
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
215-625-9600
info@offenlaw.com