```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


       IN RE:                  :    CHAPTER 13
                               :
  Markitta Burgess-Montgomery  :    NO.  25-10351-amc
            Debtor             :
                               :
```

ORDER

AND NOW, upon consideration of the Motion to Approve Partial Loan Modification, it is hereby Ordered and Decreed that the Motion is approved and Midland Mortgage A division of MidFirst Bank can proceed with the Partial Loan Modification on the property located at 6537 North Smedley Street Philadelphia, PA 19126-3501.

 Nov. 20, 2025                   _____
_____                   
Date                             HONORABLE ASHELY M. CHAN
                                 CHIEF UNITED STATES BANKRUPTCY COURT