United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                          Case No. 25-10351-amc

Markitta Burgess-Montgomery                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                              Page 1 of 3
Date Rcvd: Jan 29, 2026                    Form ID: 155                                      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Markitta Burgess-Montgomery, 6537 North Smedley Street, Philadelphia, PA 19126-3501 |
| 14980808 | + | MIDFIRST BANK, c/o DENISE ELIZABETH CARLON, KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14974859 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14972714 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 30 2026 00:55:53 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14974605 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 00:42:37 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14974754 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 00:42:16 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14976897 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 00:42:27 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14974606 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 00:42:27 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14974755 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 00:42:27 | Ally Capital Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14975363 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 00:42:27 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14972715 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2026 00:37:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14972716 | + | Email/PDF: bncnotices@becket-lee.com | Jan 30 2026 00:55:59 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14972726 | | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | WATER REVENUE BUREAU, c/o City of Philadelphia, Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 15013379 | | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14972717 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:42:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jan 29, 2026 | Form ID: 155 | Total Noticed: 34

| 14972718 | ^ MEBN | Jan 30 2026 00:35:42 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| 14990618 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:55:59 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14972719 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:55:46 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14972720 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2026 00:37:00 | Comenity Bank/Breadrwds, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14972721 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 30 2026 00:37:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14990607 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2026 00:37:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14989654 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 30 2026 00:42:13 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14972722 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 30 2026 00:42:14 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14972723 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 30 2026 00:37:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14994395 | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 30 2026 00:37:00 | Navy Federal Credit Union, P.O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14996040 | ^ MEBN | Jan 30 2026 00:35:25 | Philadelphia Gas Works, 800 W Montgomery Ave 3f, Philadelphia, PA 19122-2898 |
| 14985841 | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2026 00:37:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14975040 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:55:45 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14972724 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:42:37 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14993933 | Email/Text: bankruptcy@mtabt.org | Jan 30 2026 00:37:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, TBTA Toll Group, New York, NY 10004 |
| 14993843 | Email/Text: bknotice@upgrade.com | Jan 30 2026 00:37:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 14972725 | Email/Text: bknotice@upgrade.com | Jan 30 2026 00:37:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14974657 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 30 2026 00:42:24 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 14979517 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 30 2026 00:37:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026                              Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor Markitta Burgess-Montgomery ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| REGINA COHEN | on behalf of Creditor Ally Capital rcohen@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                             )

    Markitta Burgess–Montgomery     )     Case No. 25–10351–amc
                             )

    Debtor(s).                   )     Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 28, 2026            For The Court

                                   Ashely M. Chan
                                   Chief Judge, United States Bankruptcy Court