Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Markitta Burgess-Montgomery
6537 North Smedley Street
Philadelphia, PA 19126-3501

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-10351-AMC**

Petition Filed Date: 01/28/2025
341 Hearing Date: 02/28/2025
Confirmation Date: 01/28/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2025 | $740.00 | | 09/29/2025 | $740.00 | | 10/27/2025 | $740.00 | |
| 12/02/2025 | $740.00 | | 12/30/2025 | $740.00 | | 01/28/2026 | $740.00 | |
| 02/27/2026 | $740.00 | | 03/27/2026 | $740.00 | | 05/01/2026 | $740.00 | |
| 06/01/2026 | $740.00 | | 06/29/2026 | $740.00 | | 07/29/2026 | $740.00 | |

**Total Receipts for the Period: $8,880.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $13,320.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $3,275.00 | $3,275.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | RESURGENT RECEIVABLES LLC<br>»» 002 | Unsecured Creditors | $4,079.74 | $0.00 | $4,079.74 |
| 3 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 03S | Secured Creditors | $23,669.47 | $8,889.53 | $14,779.94 |
| 4 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 03U | Unsecured Creditors | $567.79 | $0.00 | $567.79 |
| 5 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 004 | Unsecured Creditors | $10,922.70 | $0.00 | $10,922.70 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $70,829.46 | $0.00 | $70,829.46 |
| 7 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $3,586.39 | $0.00 | $3,586.39 |
| 8 | MIDFIRST BANK<br>»» 007 | Mortgage Arrears | $30.00 | $0.00 | $30.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $4,622.29 | $0.00 | $4,622.29 |
| 10 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 009 | Unsecured Creditors | $2,235.38 | $0.00 | $2,235.38 |
| 11 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 010 | Unsecured Creditors | $3,658.05 | $0.00 | $3,658.05 |
| 12 | UPGRADE INC<br>»» 011 | Unsecured Creditors | $13,830.90 | $0.00 | $13,830.90 |

**Chapter 13 Case No. 25-10351-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY<br>»» 012 | Unsecured Creditors | $220.34 | $0.00 | $220.34 |
| 14 | NAVY FEDERAL CREDIT UNION<br>»» 013 | Unsecured Creditors | $3,488.98 | $0.00 | $3,488.98 |
| 15 | NAVY FEDERAL CREDIT UNION<br>»» 014 | Unsecured Creditors | $17,763.24 | $0.00 | $17,763.24 |
| 16 | PHILADELPHIA GAS WORKS<br>»» 015 | Unsecured Creditors | $593.63 | $0.00 | $593.63 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $524.47 | $196.99 | $327.48 |
| 18 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CHERRY TECHNOLOGIES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,320.00 | Current Monthly Payment: | $740.00 |
| Paid to Claims: | $12,361.52 | Arrearages: | $0.00 |
| Paid to Trustee: | $947.20 | Total Plan Base: | $31,080.00 |
| Funds on Hand: | $11.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.